E-FILING
FILED
2008 APR 11 P 3 52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND ASBURY,<br><br>　　　　Petitioner,<br><br>　　-vs-<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent,<br><br>　　On Habeas Corpus.<br><br>_____<br><br>BOARD OF PAROLE HEARINGS,<br>ARNOLD SCHWARZENEGGER,<br>Governor,<br><br>　　Real Parties in Interest. | Case No.<br><br>[Cal. Supreme Court, Case No. S160777<br>Commitment Offense: Los Angeles<br>County Sup. Ct. Case # A142680]<br><br>C08 01946<br><br>SBA |

## CERTIFICATE OF SERVICE

STEVE M. DEFILIPPIS, ESQ.
State Bar #117292
PICONE & DEFILIPPIS, APLC
625 North First Street
San Jose, CA  95112
(408) 292-0441

Attorneys for Petitioner,
EDMUND ASBURY

PROOF OF SERVICE BY MAIL
(1013a) (2015.5 CCP)

STATE OF CALIFORNIA      )
                         ) In re EDMUND ASBURY, Case No.
COUNTY OF SANTA CLARA )

  I am now and at times herein mentioned have been a citizen of the United States, over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 625 North First Street, San Jose, California 95112; that I served copies of the:

**PETITION FOR WRIT OF HABEAS CORPUS**

by placing said copies in an envelope addressed to:

Supreme Court
Attn: Clerk's Office
350 McAllister Street, Rm 1295
San Francisco, CA 94102

Second Appellate District
Attn: Clerk's Office
300 So. Spring Street, 2nd Floor
Los Angeles, CA 90013-1213

Superior Court of California
Criminal Courts Division
Attn: Clerk's Office
210 W. Temple Street, M-6
Los Angeles CA 90012

Attorney General's Office
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102

which envelope was then sealed and, with postage fully prepaid thereon, was deposited in the United States mail at San Jose, California; that there is delivery service by the United States mail at the place so addressed, or that there is regular communication by mail between that place of mailing and the place so addressed.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed on April 11, 2008 at San Jose, California.

*[signature]*
NAOMI CHAIREZ